Exhibit 1

Int. Cls.: 6, 9, 16, 18, 20 and 25

Prior U.S. Cls.: 1, 2, 3, 5, 12, 13, 14, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38, 39, 41 and 50

Reg. No. 2,088,706

## United States Patent and Trademark Office

Registered Aug. 19, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## COACH

SARA LEE CORPORATION (MARYLAND CORPORATION)
POST OFFICE BOX 2760
470 HANES MILL ROAD
WINSTON-SALEM, NC 27102

FOR: KEY FOBS OF METAL, METAL MONEY CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

FOR: EYEGLASS CASES, CELLULAR PHONE CASES, COMPUTER CASES AND COMPUTER ACCESSORY CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-1995; IN COMMERCE 4-30-1995.

FOR: DESK PADS, DESK FILE TRAYS, MEMO BOXES, PENCIL CUPS, BUSINESS CARD HOLDERS, PAPERWEIGHTS, PLANNING DIARIES, DAILY BUSINESS PLANNERS, CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-31-1990; IN COMMERCE 5-31-1990.

FOR: ATTACHE CASES, BRIEFCASES, SATCHELS, TOTE BAGS, DUFFLE BAGS, KEY CASES AND LEATHER KEY FOBS, MEN'S CLUTCHES, COIN CASES, CREDIT CARD CASES, WAIST POUCHES, WATER BOTTLE CARRIERS, PASSPORT COVERS, COSMETIC CASES SOLD EMPTY, TOILETRY CASES SOLD EMPTY, AND IDENTIFICATION TAGS FOR LUGGAGE, LUGGAGE, GARMENT BAGS, BACK PACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-31-1986; IN COMMERCE 10-31-1986.

FOR: PICTURE FRAMES, JEWELRY CASES NOT OF PRECIOUS METAL, NON-METAL MONEY CLIPS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 5-31-1990; IN COMMERCE 5-31-1990.

FOR: HATS, CAPS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-31-1986; IN COMMERCE 5-31-1986.

OWNER OF U.S. REG. NOS. 1,309,779 AND 1,746,836.

SER. NO. 75-037,436, FILED 12-26-1995.

PATRICIA HORRALL, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,157,972

Registered Oct. 17, 2006

**SERVICE MARK**
**PRINCIPAL REGISTER**

# COACH

COACH SERVICES, INC. (MARYLAND COR-
    PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

    FOR: RETAIL STORE SERVICES, ON-LINE RE-
TAIL STORE SERVICES AND CATALOG MAIL
ORDER SERVICES FEATURING HANDBAGS,
LUGGAGE, STATIONARY, JEWELRY, WATCHES,
SMALL LEATHER GOODS, CLOTHING, ACCES-
SORIES, SHOES, EYEWEAR, TOYS, DESK ACCES-
SORIES AND PET PRODUCTS, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 2,252,847.

    SER. NO. 78-750,148, FILED 11-9-2005.

CHRISTOPHER BUONGIORNO, EXAMINING AT-
TORNEY

# United States Patent Office

751,493
Registered June 25, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 134,804, filed Dec. 28, 1961

## COACH

Gail Leather Products, Inc. (New York corporation)
27 W. 23rd St.
New York 10, N.Y.

For: LEATHER GOODS—NAMELY, UTILITY KITS, PORTFOLIOS, KEY CASES, COMB CASES, PASS CASES, MONEY CLIPS, BILLFOLDS, WALLETS, POCKET SECRETARIES, STUD CASES, JEWEL CASES, AND LEATHER BOOK COVERS—in CLASS 3.

First use Oct. 1, 1957; in commerce Oct. 1, 1957.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,451,168
Registered May 15, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## COACH

SARA LEE CORPORATION (MARYLAND COR-
PORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

FOR: EYEGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-1999; IN COMMERCE 11-18-1999.

OWNER OF U.S. REG. NOS. 1,309,779, 2,045,676, AND OTHERS.

SN 75-194,035, FILED 11-6-1996.

DAVID H. STINE, EXAMINING ATTORNEY



# United States of America

### United States Patent and Trademark Office

# COACH

**Reg. No. 4,105,689**

**Registered Feb. 28, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

COACH SERVICES, INC. (MARYLAND CORPORATION)
LEGAL DEPARTMENT
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,534,429.

SER. NO. 85-411,251, FILED 8-30-2011.

CHRIS WELLS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

United States Patent and Trademark Office

Reg. No. 2,537,004
Registered Feb. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## COACH

COACH, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001 BY CHANGE OF NAME
  SARA LEE CORPORATION (MARYLAND COR-
  PORATION) WINSTON-SALEM, NC 27105

FOR: HOME FURNISHINGS, NAMELY, BED
SHEETS, PILLOWCASES, TOWELS, COMFORTERS,
DUVET COVERS, BEDSPREADS, DUST RUFFLES,
PILLOW SHAMS, CURTAINS, DRAPERIES, TABLE-

CLOTHS NOT OF PAPER, CLOTH NAPKINS AND
BED BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-1-2000; IN COMMERCE 9-1-2000.

OWNER OF U.S. REG. NOS. 2,045,676, 2,252,847,
AND OTHERS.

SN 75-617,040, FILED 1-7-1999.

STEVEN R. FOSTER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,846,801

## United States Patent and Trademark Office

Registered July 26, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## COACH

SARAMAR CORPORATION (DELAWARE COR-
  PORATION)
CANNON BUILDING, SUITE 145
861 SILVER LAKE BOULEVARD
DOVER, DE 19901

FOR: MEN'S AND WOMEN'S COATS AND
JACKETS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 10–31–1992; IN COMMERCE
10–31–1992.
OWNER OF U.S. REG. NOS. 1,242,098, 1,309,779
AND OTHERS.

SER. NO. 74–362,252, FILED 2–26–1993.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,439,871**

## United States Patent and Trademark Office

Registered June 3, 2008

### TRADEMARK
#### PRINCIPAL REGISTER

# COACH

COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

    FOR: UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

    FIRST USE 3-1-2002; IN COMMERCE 3-1-2002.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 2,983,654.

    SER. NO. 77-282,454, FILED 9-18-2007.

JIM RINGLE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,061,826

Registered May 13, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## COACH

SARA LEE CORPORATION (MARYLAND CORPORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

FOR: SEAT COVERS AND SEAT CUSHIONS FOR AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 4–1–1996; IN COMMERCE 4–1–1996.
OWNER OF U.S. REG. NOS. 1,071,000, 1,746,836, AND OTHERS.

SN 74–573,867, FILED 9–15–1994.

PATRICIA HORRALL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,231,001

Registered Mar. 9, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## COACH

SARA LEE CORPORATION (MARYLAND CORPORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, COATS, JACKETS, VESTS, SHIRTS, OVERCOATS, RAINCOATS, SOCKS, SCARVES, TIES, SUSPENDERS, SHOES, SLIPPERS, AND BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1976; IN COMMERCE 0–0–1976.

OWNER OF U.S. REG. NOS. 1,071,000, 1,846,801, AND OTHERS.

SN 74–573,870, FILED 9–15–1994.

PATRICIA HORRALL, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,939,127**

## United States Patent and Trademark Office

Registered Apr. 12, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**


# COACH

COACH SERVICES, INC. (MARYLAND COR-
  PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

  FOR: CAMERAS AND CAMERA CASES, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

SER. NO. 76-503,072, FILED 3-28-2003.

CHARLES L. JENKINS, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,354,448

Registered Dec. 11, 2007

### TRADEMARK
#### PRINCIPAL REGISTER

# COACH

COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10036

    FOR: BRACELETS; EARRINGS; JEWELRY;
NECKLACES; RINGS BEING JEWELRY, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

    FIRST USE 9-0-2001; IN COMMERCE 9-0-2001.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NOS. 2,045,676, 2,291,341,
AND OTHERS.

    SN 78-973,739, FILED 9-13-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,446,607

**United States Patent and Trademark Office**    Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## COACH

SARA LEE CORPORATION (MARYLAND COR-
PORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105 BY ASSIGNMENT
SARA LEE CORPORATION (MARYLAND COR-
PORATION) WINSTON-SALEM, NC 27105

FOR: WRITING INSTRUMENTS, NAMELY, PENS
AND PENCILS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 10-1-1999; IN COMMERCE 10-1-1999.

OWNER OF U.S. REG. NOS. 1,071,000 AND
1,846,801.

SN 74-512,577, FILED 4-14-1994.

PATRICIA HORRALL, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

Reg. No. 2,291,341

## United States Patent and Trademark Office

Registered Nov. 9, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## COACH

SARA LEE CORPORATION (MARYLAND CORPORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 4-1-1998; IN COMMERCE 4-1-1998.

OWNER OF U.S. REG. NOS. 751,493 AND 1,071,000.

SN 75-239,976, FILED 2-11-1997.

KATHERINE STOIDES, EXAMINING ATTOR-NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**Reg. No. 2,291,341**

## United States Patent and Trademark Office

Registered Nov. 9, 1999

### TRADEMARK
**PRINCIPAL REGISTER**

## COACH

SARA LEE CORPORATION (MARYLAND CORPORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

    FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
    FIRST USE 4–1–1998; IN COMMERCE 4–1–1998.

OWNER OF U.S. REG. NOS. 751,493 AND 1,071,000.

    SN 75–239,976, FILED 2–11–1997.

KATHERINE STOIDES, EXAMINING ATTOR-NEY

Int. Cls.: 18 and 25

Prior U.S. Cls.: 3 and 39                                    Reg. No. 1,071,000

**United States Patent and Trademark Office**          Registered Aug. 9, 1977

10 Year Renewal                                   Renewal Term Begins Aug. 9, 1997

## TRADEMARK
## PRINCIPAL REGISTER

### COACH

SARA LEE CORPORATION (MARY-
LAND CORPORATION)
PO BOX 2760
470 HANES MILL ROAD
WINSTON-SALEM, NC 27102, BY
CHANGE OF NAME, ASSIGNMENT,
ASSIGNMENT AND ASSIGNMENT
FROM COACH PRODUCTS, INC.
(NEW YORK CORPORATION) NEW
YORK, NY

OWNER OF U.S. REG. NO. 751,493.

FOR: WOMEN'S HANDBAGS AND
CARRY-ON LUGGAGE, IN CLASS 18
(U.S. CLS. 3 AND 39).

FIRST USE 5-0-1963; IN COMMERCE
5-0-1963.

FOR: MEN'S AND WOMEN'S BELTS,
IN CLASS 25 (U.S. CL. 39).

FIRST USE 5-0-1963; IN COMMERCE
5-0-1963.

SER. NO. 73-052,297, FILED 5-14-1975.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on May 19, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: **18, 25**

Prior U.S. Cl.: **3, 39**

## United States Patent Office

Reg. No. **1,071,000**
Registered Aug. **9, 1977**

## TRADEMARK
### Principal Register

# COACH

Coach Products, Inc. (New York corporation)
516 W. 34th St.
New York, N.Y. 10001, by change of name from
Gail Leather Products, Inc. (New York corporation)
New York, N.Y.

For: WOMEN'S HANDBAGS AND CARRY-ON LUGGAGE, in CLASS 18 (U.S. CLS. 3 and 39).

For: MEN'S AND WOMEN'S BELTS, in CLASS 25 (U.S. CL. 39)

First use May 1963; in commerce May 1963.
Owner of Reg. No. 751,493.

Ser. No. 52,297, filed May 14, 1975.

J. P. BOUXSEIN III, Examiner

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52**

**United States Patent and Trademark Office**

**Reg. No. 3,633,302**

Registered June 2, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# COACH

COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: BODY SPRAYS; COLOGNE; COSMETICS;
HAND LOTIONS; PERFUMES; SKIN LOTIONS;
SKIN MOISTURIZER; SKIN SOAP; TOILET SOAPS,
IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 4-1-2007; IN COMMERCE 4-1-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,045,676, 2,291,341,
AND OTHERS.

SN 78-936,743, FILED 7-25-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cls.: **14, 18, and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,413,536

Registered Apr. 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: BRACELETS; EARRINGS; JEWELRY;
NECKLACES; RINGS BEING JEWELRY, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

FOR: BACKPACKS; BILLFOLDS; CLUTCH PUR-
SES; COSMETIC CASES SOLD EMPTY; GARMENT
BAGS FOR TRAVEL; HANDBAGS; KEY CASES;
LUGGAGE; NAME CARD CASES; PURSES;
SHOULDER BAGS; TOILETRY CASES SOLD EMP-
TY; TOTE BAGS; WALLETS, IN CLASS 18 (U.S. CLS.
1, 2, 3, 22 AND 41).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

FOR: BELTS; CAPS; COATS; GLOVES; HATS;
JACKETS; OVERCOATS; RAINCOATS; SCARVES;
SHOES; SLIPPERS; TIES, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

OWNER OF U.S. REG. NOS. 2,045,676, 2,291,341,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "EST. 1941", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "COACH
EST. 1941" IN SCRIPT FORMAT.

SN 78-974,462, FILED 9-14-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,534,429

## United States Patent and Trademark Office

Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER



COACH, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: EYEGLASSES, EYEGLASS FRAMES, SUN-GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-1999; IN COMMERCE 11-18-1999.

OWNER OF U.S. REG. NOS. 1,309,779, 2,088,706, AND OTHERS.

SN 75-471,782, FILED 4-21-1998.

G. MAYERSCHOFF, EXAMINING ATTORNEY

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. 3,363,873

Registered Jan. 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: FRAGRANCES FOR PERSONAL USE; LIP-
STICKS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 4-1-2007; IN COMMERCE 4-1-2007.

OWNER OF U.S. REG. NOS. 2,045,676, 2,291,341,
AND OTHERS.

THE MARK CONSISTS OF THE WORD COACH
IN A LOZENGE DESIGN.

SN 78-972,144, FILED 9-12-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,252,847

Registered June 15, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



SARA LEE CORPORATION (MARYLAND CORPORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

FOR: RETAIL STORE SERVICES AND CATALOG MAIL ORDER SERVICES FEATURING LEATHER GOODS, FOOTWEAR, CLOTHING, HOME FURNISHINGS, ACCESSORIES, JEWELRY AND WATCHES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-27-1997, FIRST USED IN COMMERCE IN ANOTHER FORM IN DECEMBER 1983; IN COMMERCE 5-27-1997.

OWNER OF U.S. REG. NOS. 1,662,071, 2,088,706 AND OTHERS.

SER. NO. 75-385,268, FILED 11-5-1997.

CHERYL BUTLER, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

United States Patent and Trademark Office

Reg. No. 2,291,368
Registered Nov. 9, 1999

## TRADEMARK
### PRINCIPAL REGISTER



SARA LEE CORPORATION (MARYLAND CORPORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

FOR: CLOCKS, WATCHES AND COMPO-NENT PARTS THEREOF, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-1-1998; IN COMMERCE 4-1-1998.
OWNER OF U.S. REG. NOS. 751,493, 1,071,000, AND OTHERS.

SN 75–271,680, FILED 4-9-1997.

KATHERINE STOIDES, EXAMINING ATTOR-NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,534,429

## United States Patent and Trademark Office

Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER



COACH, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: EYEGLASSES, EYEGLASS FRAMES, SUN-GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-1999; IN COMMERCE 11-18-1999.

OWNER OF U.S. REG. NOS. 1,309,779, 2,088,706, AND OTHERS.

SN 75-471,782, FILED 4-21-1998.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,169,808**

## United States Patent and Trademark Office

Registered June 30, 1998

## TRADEMARK
### PRINCIPAL REGISTER



SARA LEE CORPORATION (MARYLAND CORPORATION)
470 HANES MILL ROAD
WINSTON-SALEM, NC 27105

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, COATS, JACKETS, VESTS, SHIRTS, OVERCOATS, RAINCOATS, SOCKS, SCARVES, TIES, SUSPENDERS, SHOES, SLIPPERS, AND BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1976; IN COMMERCE 0-0-1976.

OWNER OF U.S. REG. NOS. 1,070,999, 1,746,836, AND OTHERS.

SN 74–575,098, FILED 9–19–1994.

PATRICIA HORRALL, EXAMINING ATTORNEY

Int. Cls.: **6, 9, 16, 18, 20 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 12, 13, 14, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38, 39, 41 and 50**

**Reg. No. 2,045,676**

## United States Patent and Trademark Office

Registered Mar. 18, 1997

## TRADEMARK
### PRINCIPAL REGISTER



SARA LEE CORPORATION (MARYLAND CORPORATION)
POST OFFICE BOX 2760
470 HANES MILL ROAD
WINSTON-SALEM, NC 27102

FOR: KEY FOBS OF METAL AND MONEY CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10–1–1995; IN COMMERCE 10–1–1993.

FOR: CELLULAR PHONE CASES, COMPUTER CASES AND COMPUTER ACCESSORY CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5–31–1995; IN COMMERCE 5–31–1995.

FOR: DESK PADS, DESK FILE TRAYS, MEMO BOXES, PENCIL CUPS, BUSINESS CARD HOLDERS, PAPERWEIGHTS, PLANNING DIARIES, DAILY BUSINESS PLANNERS, CHECKBOOK COVERS, PASSPORT COVERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5–31–1990; IN COMMERCE 5–31–1990.

FOR: ATTACHE CASES, BRIEFCASES, BRIEFCASE-TYPE PORTFOLIOS, SATCHELS, DUFFEL BAGS, MEN'S CLUTCHES, COIN CASES, WAIST POUCHES, WATER BOTTLE CARRIERS, PASSPORT COVERS, AND IDENTIFICATION TAGS FOR LUGGAGE, LUGGAGE, GARMENT BAGS, BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10–31–1986; IN COMMERCE 10–31–1986.

FOR: PICTURE FRAMES, JEWELRY CASES NOT OF PRECIOUS METAL, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 5–31–1990; IN COMMERCE 5–31–1990.

FOR: HATS, CAPS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5–31–1986; IN COMMERCE 5–31–1986.

OWNER OF U.S. REG. NOS. 1,309,779 AND 1,746,836.

SER. NO. 75–037,437, FILED 12–26–1995.

PATRICIA HORRALL, EXAMINING ATTORNEY

Int. Cls.: 18 and 25
Prior U.S. Cls.: 3 and 39

Reg. No. 1,070,999

United States Patent and Trademark Office

Registered Aug. 9, 1977

10 Year Renewal

Renewal Term Begins Aug. 9, 1997

## TRADEMARK
## PRINCIPAL REGISTER



SARA LEE CORPORATION (MARY-
LAND CORPORATION)
PO BOX 2760
470 HANES MILL ROAD
WINSTON-SALEM, NC 27102, BY
CHANGE OF NAME, CHANGE OF
NAME, ASSIGNMENT AND ASSIGN-
MENT FROM COACH PRODUCTS,
INC. (NEW YORK CORPORATION)
NEW YORK, NY

OWNER OF U.S. REG. NO. 751,493.

FOR: WOMEN'S HANDBAGS, PORT-
FOLIOS, TOILETRY TRAVEL KITS
AND CARRY-ON LUGGAGE PIECES, IN
CLASS 18 (U.S. CLS. 3 AND 39).
FIRST USE 5–0–1963; IN COMMERCE
5–0–1963.
FOR: MEN'S AND WOMEN'S BELTS,
IN CLASS 25 (U.S. CL. 39).
FIRST USE 5–0–1963; IN COMMERCE
5–0–1963.

SER. NO. 73–052,296, FILED 5–14–1975.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 30, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 18, 25

Prior U.S. Cl.: 3, 39

# United States Patent Office

Reg. No. 1,070,999
Registered Aug. 9, 1977

## TRADEMARK
### Principal Register



Coach Products, Inc. (New York corporation)
516 W. 34th St.
New York, N.Y.   10001, by change of name from
Gail Leather Products, Inc. (New York corporation)
New York, N.Y.

For: WOMEN'S HANDBAGS, PORTFOLIOS, TOI-LETRY TRAVEL KITS AND CARRY-ON LUGGAGE PIECES, in CLASS 18 (U.S. CLS. 3 and 39).

For: MEN'S AND WOMEN'S BELTS, in CLASS 25 (U.S. CL. 39)

First use May 1963; in commerce May 1963.
Owner of Reg. No. 751,493.

Ser. No. 52,296, filed May 14, 1975.

J. P. BOUXSEIN III, Examiner

Int. Cls.: 9, 16 and 18

Prior U.S. Cls.: 2, 3, 26 and 37

**United States Patent and Trademark Office**

Reg. No. 1,309,779
Registered Dec. 18, 1984

## TRADEMARK
### Principal Register



Coach Leatherware Company, Inc. (New York corporation)
516 W. 34th St.
New York, N.Y. 10001

    For: EYEGLASS CASES, in CLASS 9 (U.S. Cls. 2, 3 and 26).
    First use May 1963; in commerce May 1963.
    For: CHECKBOOK CASES AND POCKET SECRETARIES, in CLASS 16 (U.S. Cls. 2, 3 and 37).
    First use May 1963; in commerce May 1963.
    For: LEATHER GOODS—NAMELY, WALLETS, PURSES, KEY CASES, COSMETIC CASES (SOLD EMPTY), BUSINESS CARD CASES, CREDIT CARD CASES, PASSPORT HOLDERS, CLUTCHES, TOTE BAGS, AND SHOULDER BAGS, in CLASS 18 (U.S. Cl. 3).

    First use May 1963; in commerce May 1963.
    Owner of U.S. Reg. Nos. 751,493, 1,071,000 and others.

    Ser. No. 431,281, filed Jun. 21, 1983.

DEBORAH S. COHN, Examining Attorney

Int. Cls.: 3 and 21

Prior U.S. Cls.: 1, 2, 4, 6, 13, 23, 29, 30, 33, 40, 50, 51 and 52

Reg. No. 2,035,056

## United States Patent and Trademark Office

Registered Feb. 4, 1997

## TRADEMARK
### PRINCIPAL REGISTER



SARA LEE CORPORATION (MARYLAND CORPORATION)
POST OFFICE BOX 2760
470 HANES MILL ROAD
WINSTON-SALEM, NC 27102

FOR: LEATHER CLEANING AND MOISTURIZING PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10–31–1992; IN COMMERCE 10–31–1992.

FOR: SHOE BRUSHES, CLEANING CLOTHS FOR WIPING OR DUSTING LEATHER PRODUCTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10–31–1992; IN COMMERCE 10–31–1992.

SER. NO. 74–716,464, FILED 8–16–1995.

PATRICIA HORRALL, EXAMINING ATTORNEY

**Int. Cls.: 18, 24, and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 39, 41, 42, and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,983,654**

Registered Aug. 9, 2005

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: HANDBAGS AND LININGS SOLD AS AN INTEGRAL COMPONENT THEREOF, BEACH TOTE BAGS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

FOR: BEACH TOWELS, FABRICS FOR USE IN MAKING CLOTHING, SHOES AND HANDBAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

FOR: SWIMWEAR, SCARVES, HATS, AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

OWNER OF U.S. REG. NOS. 1,070,100, 1,070,999, AND OTHERS.

SN 76-529,261, FILED 7-7-2003.

RONALD MCMORROW, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,626,565

**United States Patent and Trademark Office**    Registered Sep. 24, 2002

## TRADEMARK
## PRINCIPAL REGISTER



COACH, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

   FOR: HANDBAGS, PURSES, CLUTCHES, SHOULDER BAGS, PORTFOLIOS, TOTE BAGS, WAIST POUCHES, BACKPACKS, COSMETIC CASES SOLD EMPTY, TOILETRY CASES SOLD EMPTY, BRIEFCASES, LUGGAGE, GARMENT BAGS, BILL-FOLDS, WALLETS, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, PASSPORT HOLD-ERS, IDENTIFICATION CASES, TIE CASES AND

COIN POUCHES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

   FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

   SEC. 2(F).

   SN 78-007,596, FILED 5-10-2000.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-NEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 2,822,318

## United States Patent and Trademark Office

Registered Mar. 16, 2004

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: FABRIC FOR USE IN THE MANUFAC-
TURE OF CLOTHING, SHOES, HANDBAGS AND
LUGGAGE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

OWNER OF U.S. REG. NOS. 2,592,963 AND
2,626,565.

THE MARK CONSISTS OF A REPEATING PAT-
TERN FEATURING A STYLIZED LETTER "C" IN
DIFFERENT ORIENTATIONS.

SEC. 2(F).

SER. NO. 76-441,558, FILED 8-14-2002.

SCOTT OSLICK, EXAMINING ATTORNEY

**Int. Cls.: 4, 6, 9, 14, 16, 18, and 25**

**Prior U.S. Cls.: 1, 2, 3, 5, 6, 12, 13, 14, 15, 21, 22, 23, 25, 26, 27, 28, 29, 36, 37, 38, 39, 41, and 50**

**Reg. No. 2,832,589**

# United States Patent and Trademark Office

Registered Apr. 13, 2004

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
    PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

    FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

    FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

    FOR: METAL KEY FOBS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

    FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

    FOR: SUNGLASSES AND EYEGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

    FIRST USE 3-0-2001; IN COMMERCE 3-0-2001.

    FOR: WATCHES AND WATCH STRAPS; JEWEL-RY, NAMELY, NECKLACES, BRACELETS, EARR-INGS, RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

    FIRST USE 9-0-2001; IN COMMERCE 9-0-2001.

    FOR: ; DIARIES AND PLANNING DIARIES MADE OF LEATHER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

    FIRST USE 2-0-2001; IN COMMERCE 2-0-2001.

    FOR: LEATHER KEY FOBS, UMBRELLAS, DOG AND CAT COLLARS AND LEASHES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

    FIRST USE 3-0-2001; IN COMMERCE 3-0-2001.

    FOR: CLOTHING, NAMELY, SKIRTS AND PANTS, AND DOG COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

    OWNER OF U.S. REG. NOS. 2,592,963 AND 2,626,565.

    SN 76-348,453, FILED 12-14-2001.

LINDA ESTRADA, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,592,963
Registered July 9, 2002

## TRADEMARK
### PRINCIPAL REGISTER



COACH, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

    FOR: CLOTHING, NAMELY, SCARVES, TIES, GLOVES, BELTS, CAPS, HATS, SHOES, SLIPPERS, COATS, JACKETS AND SUSPENDERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

SEC. 2(F).

SN 78-007,598, FILED 5-10-2000.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-NEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,822,629

United States Patent and Trademark Office       Registered Mar. 16, 2004

SERVICE MARK
PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
    PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

    FOR: RETAIL STORE SERVICES FEATURING
HANDBAGS, LUGGAGE, HOME FURNISHINGS,
STATIONARY, JEWELRY, WATCHES, SMALL LEA-
THER GOODS, CLOTHING, ACCESSORIES, SHOES,
EYEWEAR, TOYS, DESK ACCESSORIES AND PET
PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

OWNER OF U.S. REG. NOS. 2,592,963 AND
2,626,565.

SER. NO. 76-491,780, FILED 2-20-2003.

LINDA ESTRADA, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,365,898**

**Registered July 9, 2013**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

**Int. Cl.: 9**

FOR: PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 4-15-2013; IN COMMERCE 4-15-2013.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,822,318, 3,396,554, AND OTHERS.

THE MARK CONSISTS OF A REPEATING PATTERN FEATURING A STYLIZED LETTER "C" IN DIFFERENT ORIENTATIONS.

SN 85-655,987, FILED 6-19-2012.

RENEE MCCRAY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 3,396,554

United States Patent and Trademark Office      Registered Mar. 11, 2008

## TRADEMARK
## PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: FRAGRANCES FOR PERSONAL USE; LIP-
STICKS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 4-1-2007; IN COMMERCE 4-1-2007.

OWNER OF U.S. REG. NOS. 2,592,963, 2,626,565,
AND 2,832,589.

THE MARK CONSISTS OF A REPEATING PAT-
TERN FEATURING A STYLIZED LETTER "C" IN
DIFFERENT ORIENTATIONS.

SN 78-972,141, FILED 9-12-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cls.: **18, 24 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 39, 41, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,012,585**

Registered Nov. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: HANDBAGS, PURSES, CLUTCHES,
SHOULDER BAGS, TOTE BAGS, WAIST POUCHES,
COSMETIC CASES SOLD EMPTY, TOILETRY
CASES SOLD EMPTY, BILLFOLDS, WALLETS,
KEY CASES, BUSINESS CARD CASES, CREDIT
CARD CASES, PASSPORT HOLDERS, IDENTIFICA-
TION CASES, KEY FOBS, COIN POUCHES AND
UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND
41).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

FOR: FABRICS FOR USE IN THE MANUFAC-
TURE OF CLOTHING, SHOES AND HANDBAGS, IN
CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

FOR: CLOTHING, NAMELY, SCARVES, HATS,
CAPS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

OWNER OF U.S. REG. NOS. 2,592,963, 2,626,565,
AND 2,822,318.

SEC. 2(F).

SER. NO. 76-574,796, FILED 2-9-2004.

JANICE L. MCMORROW, EXAMINING ATTOR-
NEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,784,814**

**Registered May 4, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: CASES FOR EYEGLASSES AND SUNGLASSES; EYEGLASSES; FRAMES FOR SPECTACLES AND SUNGLASSES; SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

OWNER OF U.S. REG. NO. 3,696,470.

THE MARK CONSISTS OF A REPEATING PATTERN FEATURING A STYLIZED LETTER "C" IN DIFFERENT ORIENTATIONS.

SER. NO. 77-892,921, FILED 12-14-2009.

MARC LEIPZIG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,365,899**

**Registered July 9, 2013**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

**Int. Cl.: 9**

FOR: PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,696,470 AND 3,784,814.

THE MARK CONSISTS OF A REPEATING PATTERN FEATURING A STYLIZED LETTER "C" IN DIFFERENT ORIENTATIONS.

SN 85-656,011, FILED 6-19-2012.

RENEE MCCRAY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,105,636**

**Registered Feb. 28, 2012**

**Int. Cls.: 14, 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

COACH SERVICES, INC. (MARYLAND CORPORATION)
LEGAL DEPARTMENT
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: BRACELETS; EARRINGS; JEWELRY; NECKLACES; RINGS BEING JEWELRY; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

FOR: BACKPACKS; BILLFOLDS; CLUTCH PURSES; COSMETIC CASES SOLD EMPTY; GARMENT BAGS FOR TRAVEL; HANDBAGS; KEY CASES; LUGGAGE; NAME CARD CASES; PURSES; SHOULDER BAGS; TOILETRY CASES SOLD EMPTY; TOTE BAGS; WALLETS; BUSINESS CARD CASES; CREDIT CARD CASES; COIN PURSES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

FOR: BELTS MADE OF LEATHER; HEADGEAR, NAMELY, CAPS AND HATS; COATS; GLOVES; JACKETS; OVERCOATS; RAINCOATS; SCARVES; SHOES; SLIPPERS; SWIM-WEAR; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

OWNER OF U.S. REG. NO. 3,696,470.

THE MARK CONSISTS OF A REPEATING PATTERN FEATURING A STYLIZED LETTER "C" IN DIFFERENT ORIENTATIONS.

SER. NO. 85-382,884, FILED 7-27-2011.

CHRIS WELLS, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,696,470** COACH SERVICES, INC. (MARYLAND CORPORATION)
Registered Oct. 13, 2009 516 WEST 34TH STREET
NEW YORK, NY 10001

**Int. Cls.: 18, 24, and 25** FOR: BACKPACKS; BILLFOLDS; CLUTCH PURSES; COSMETIC CASES SOLD EMPTY; GARMENT BAGS FOR TRAVEL; HANDBAGS; KEY CASES; LUGGAGE; NAME CARD CASES; PURSES; SHOULDER BAGS; TOILETRY CASES SOLD EMPTY; TOTE BAGS; **TRADEMARK** WALLETS; BUSINESS CARD CASES; CREDIT CARD CASES; COIN PURSES; UMBRELLAS, **PRINCIPAL REGISTER** IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-1-2008; IN COMMERCE 10-1-2008.

FOR: FABRICS FOR THE MANUFACTURE OF CLOTHING, SHOES AND HANDBAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 10-1-2008; IN COMMERCE 10-1-2008.

FOR: BELTS MADE OF LEATHER; HEADGEAR, NAMELY, CAPS AND HATS; COATS; GLOVES; JACKETS; OVERCOATS; RAINCOATS; SCARVES; SHOES; SLIPPERS; TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2008; IN COMMERCE 10-1-2008.

THE MARK CONSISTS OF A REPEATING PATTERN FEATURING A STYLIZED LETTER "C" IN DIFFERENT ORIENTATIONS.

SEC. 2(F).

SN 77-353,998, FILED 12-17-2007.

TINA L. SNAPP, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Int. Cls.: 9, 14, 18, and 25**

**Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41, and 50**

Reg. No. 3,441,671

## United States Patent and Trademark Office

Registered June 3, 2008

### TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: EYEGLASSES; SUNGLASSES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-1-2008; IN COMMERCE 2-1-2008.

FOR: JEWELRY; WATCHES, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 2-1-2007; IN COMMERCE 2-1-2007.

FOR: CREDIT CARD CASES; GARMENT BAGS
FOR TRAVEL; HANDBAGS; LEATHER CASES;
LEATHER KEY CASES; PURSES; TRAVELING
BAGS; UMBRELLAS; WALLETS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-1-2008; IN COMMERCE 2-1-2008.

FOR: COATS; FOOTWEAR; HATS; JACKETS;
SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2007; IN COMMERCE 10-1-2007.

OWNER OF U.S. REG. NOS. 751,493, 1,746,836,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LEATHERWARE" AND "EST.
1941", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF A
HORSE DRAWN CARRIAGE WITH THE WORDS
"COACH LEATHERWARE" IN A LOZENGE DE-
SIGN AND THE WORDS "EST. 1941".

SN 77-097,082, FILED 2-1-2007.

MARK T. MULLEN, EXAMINING ATTORNEY



**Reg. No. 4,391,741**

**Registered Aug. 27, 2013**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: AFTER-SHAVE; BODY LOTIONS; FRAGRANCES; MAKE-UP; PERFUMES; SOAPS
FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-1-2009; IN COMMERCE 9-1-2009.

OWNER OF U.S. REG. NOS. 3,363,873, 3,633,302 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EST. 1941", APART FROM
THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF A HORSE DRAWN CARRIAGE WITH THE
WORDS "COACH LEATHERWARE" IN A LOZENGE DESIGN AND THE WORDS "EST.
1941".

SER. NO. 85-821,220, FILED 1-11-2013.

JENNIFER WILLISTON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,296,582**

**Registered Feb. 26, 2013**

**Int. Cls.: 14, 16, 18, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

COACH SERVICES, INC. (MARYLAND CORPORATION)
LEGAL DEPARTMENT
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: JEWELLERY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-1-2012; IN COMMERCE 10-1-2012.

FOR: DAY PLANNERS; DIARIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-2012; IN COMMERCE 10-1-2012.

FOR: BUSINESS CARD CASES; HANDBAGS; LEATHER CREDIT CARD CASES; PURSES; SHOULDER BAGS; WALLETS; WRISTLET BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-1-2012; IN COMMERCE 10-1-2012.

FOR: BELTS; COATS FOR MEN AND WOMEN; GLOVES; HATS; RAIN COATS; SCARVES; SHOES; SWIMSUITS; SWIMWEAR; T-SHIRTS; TUNICS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2012; IN COMMERCE 10-1-2012.

OWNER OF U.S. REG. NO. 3,441,671.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EST. 1941" AND "NEW YORK", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF A HORSE DRAWN CARRIAGE WITH THE WORDS "COACH EST. 1941" IN A LOZENGE DESIGN AND THE WORDS "NEW YORK" UNDERNEATH.

SN 85-978,345, FILED 8-30-2011.

CHRIS WELLS, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office



**United States of America**

**United States Patent and Trademark Office**

**Reg. No. 4,359,191**

**Registered June 25, 2013**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

**Int. Cl.: 9**

FOR: PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012.

**PRINCIPAL REGISTER**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EST. 1941" AND "NEW YORK", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF A HORSE DRAWN CARRIAGE WITH THE WORDS "COACH EST. 1941" IN A LOZENGE DESIGN AND THE WORDS "NEW YORK" UNDERNEATH.

SN 85-656,052, FILED 6-19-2012.

RENEE MCCRAY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**Int. Cls.: 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41**

**United States Patent and Trademark Office**

Reg. No. 3,251,315

Registered June 12, 2007

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: HANDBAGS; SMALL LEATHER GOODS,
NAMELY, KEY CASES, CREDIT CARD CASES,
BILLFOLDS AND WALLETS, COIN CASES, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-2003; IN COMMERCE 6-1-2003.

FOR: JACKETS, COATS AND SHOES, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2003; IN COMMERCE 6-1-2003.

OWNER OF U.S. REG. NOS. 2,045,676, 2,291,341
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "EST. 1941", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS COACH
EST. 1941 (TWICE) POSITIONED BETWEEN TWO
CIRCLES.

SER. NO. 78-900,692, FILED 6-5-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**United States Patent and Trademark Office**

Reg. No. 3,338,048

Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: BACKPACKS; BILLFOLDS; CLUTCH PUR-
SES; COSMETIC CASES SOLD EMPTY; GARMENT
BAGS FOR TRAVEL; HANDBAGS; KEY CASES;
LUGGAGE; NAME CARD CASES; PURSES;
SHOULDER BAGS; TOILETRY CASES SOLD EMP-
TY; TOTE BAGS; WALLETS, IN CLASS 18 (U.S. CLS.
1, 2, 3, 22 AND 41).

FIRST USE 0-0-1996; IN COMMERCE 0-0-1996.

OWNER OF U.S. REG. NOS. 1,242,098, 2,045,676
AND OTHERS.

THE MARK CONSISTS OF THE WORD COACH
IN A LOZENGE DESIGN.

SER. NO. 77-039,846, FILED 11-8-2006.

WARREN L. OLANDRIA, EXAMINING ATTOR-
NEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,149,330

Registered Sep. 26, 2006

## TRADEMARK
### PRINCIPAL REGISTER



COACH SERVICES, INC. (MARYLAND COR-
PORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

   FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

SN 76-978,261, FILED 1-3-2005.

RAMONA ORTIGA, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,162,303

Registered June 2, 1998

## TRADEMARK
### PRINCIPAL REGISTER



SARA LEE CORPORATION (MARYLAND CORPORATION)
POST OFFICE BOX 2760
470 HANES MILL ROAD
WINSTON-SALEM, NC 27102

FOR: BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1976; IN COMMERCE 0–0–1976.

OWNER OF U.S. REG. NOS. 1,242,098, 1,746,836, AND OTHERS.

SN 74–575,090, FILED 9–19–1994.

PATRICIA HORRALL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,334,351**
**Registered May 14, 2013**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

**Int. Cl.: 9**

FOR: PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 5-31-1995; IN COMMERCE 5-31-1995.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 1,242,098, 3,685,590 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE REPRESENTATION OF A CHAIN, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "COACH" INSIDE A LOZENGE DESIGN ON A RECTANGULAR TAG WITH AN ATTACHED CHAIN. THE CHAIN IN THE DRAWING IS NOT A FEATURE OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OF THE MARK ON THE GOODS.

SER. NO. 85-727,292, FILED 9-12-2012.

ROBIN CHOSID, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,685,590**  COACH SERVICES, INC. (MARYLAND CORPORATION)
Registered Sep. 22, 2009  516 WEST 34TH STREET
NEW YORK, NY 10001

**Int. Cl.: 14**  FOR: BRACELETS; EARRINGS; JEWELRY; NECKLACES; RINGS BEING JEWELRY; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**  FIRST USE 9-0-2001; IN COMMERCE 9-0-2001.
**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,291,341, 3,441,671 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE REPRESENTATION OF A CHAIN, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "COACH" INSIDE A LOZENGE DESIGN ON A RECTANGULAR TAG WITH AN ATTACHED CHAIN.

SER. NO. 77-676,777, FILED 2-24-2009.

CHRISTINE COOPER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 9, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 36, 38, 39
and 41

Reg. No. 2,088,707

## United States Patent and Trademark Office
Registered Aug. 19, 1997

## TRADEMARK
### PRINCIPAL REGISTER



SARA LEE CORPORATION (MARYLAND
CORPORATION)
POST OFFICE BOX 2760
470 HANES MILL ROAD
WINSTON-SALEM, NC 27102

FOR: CELLULAR PHONE CASES, COMPUT-
ER CASES AND COMPUTER ACCESSORY
CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 5–31–1995; IN COMMERCE
5–31–1995.

FOR: ATTACHE CASES, BRIEFCASES,
BRIEFCASE-TYPE PORTFOLIOS, HANDBAGS,
SATCHELS, TOTE BAGS, DUFFEL BAGS,
LUGGAGE, GARMENT BAGS FOR TRAVEL,
BACK PACKS, TIE CASES, MEN'S CLUTCHES,

COSMETIC BAGS SOLD EMPTY, TOILETRY
CASES SOLD EMPTY, WATER BOTTLE CAR-
RIERS AND WAIST POUCHES, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12–31–1979; IN COMMERCE
12–31–1979.

FOR: MEN'S AND WOMEN'S BELTS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10–31–1986; IN COMMERCE
10–31–1986.

OWNER OF U.S. REG. NOS. 1,071,000 AND
1,309,779.

SER. NO. 75–037,438, FILED 12–26–1995.

PATRICIA HORRALL, EXAMINING ATTOR-
NEY



# United States of America
## United States Patent and Trademark Office

# POPPY

**Reg. No. 3,908,558**
**Registered Jan. 18, 2011**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

**Int. Cl.: 9**

FOR: EYE GLASSES; SUN GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 925,921.

SN 77-677,447, FILED 2-24-2009.

CHRISTINE COOPER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# POPPY

**Reg. No. 3,812,170**

**Registered June 29, 2010**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

COACH SERVICES, INC. (MARYLAND CORPORATION)
516 WEST 34TH STREET
NEW YORK, NY 10001

FOR: BACKPACKS; BILLFOLDS; BRIEFCASES; COSMETIC CASES SOLD EMPTY; CREDIT CARD CASES; DOG COLLARS; GARMENT BAGS FOR TRAVEL; HANDBAGS; KEYCASES; LEATHER KEY CASES; LEATHER KEY CHAINS; LUGGAGE; NAME CARD CASES; SHOULDER BAGS; TOILETRY CASES SOLD EMPTY; TOTE BAGS; UMBRELLAS; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-0-2009; IN COMMERCE 7-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-978,390, FILED 11-4-2008.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office